UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Lavon Williamson,<br><br>                            Plaintiff,<br><br>    vs.<br><br>Life Insurance Company of North America, a foreign insurer,<br><br>                            Defendant. | No. CV15-01275 PHX DGC<br><br>**ORDER OF DISMISSAL** |

Pursuant to the stipulation and agreement of the parties.  Doc. 17

**IT IS ORDERED** that the stipulation for dismissal (Doc. 17) is **granted.** Plaintiff Lavon Williamson's claims against defendant Life Insurance Company of North America are dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 17th day of February, 2016.

_____
David G. Campbell
United States District Judge

7347274_1